**UNITED STATES DISTRICT COURT** **JANUARY 2, 2008**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Stanley J. Clements | ) | Docket No. CR99-00074ML |
| V. | ) | Honorable Mary M. Lisi<br>U.S. District Court Judge |
| United States of America | ) | Closed Case |
| | ) | Motion For Reduction of Sentence |

Comes now defendant Stanley Clements, appearing pro se, pursuant to title 18 U.S.C. (c)(2) and United States Sentencing Guidelines §1B1.10, and asks the court to reduce his sentence. Clements supports this pleading as follows

A. Jurisdiction

"Under Section 3582(c)(2), a defendant sentenced to imprisonment based on a sentencing range subsequently lowered by the sentencing commission may be entitled to a sentence reduction if the district court determines, in light of the factors set forth in 18 U.S.C. §3553(a), that a reduction is consistent with applicable policy statements issued by the commission."
United States v. Wyatt, 115 F.3d 606, 608 (8th cir. 1996) (quoting United States v. Williams, 103 F.3d 57, 58 (8th cir. 1996); which cites Guideline §1B1.10(a), P.S.). See also United States v. Coleman, 958 F.supp. 452, 454 (W.D. Mo. 1997).

B. Relevant Facts

I Stanley Clements was sentenced to a 151 month term of imprisonment on January 21, 2000 for the sale of crack cocaine totaling 5.9 grams. See Guidelines §2D1.1(c)(5).

I was placed in criminal history category VI offense level 31 I received

a 3point reduction which brought me to a Level 29 (151 to 188 months).

The United States Sentencing Commission lowered the penalties for cocaine base (crack), offenses on November 1, 2007. Consequently, under present guideline application (2 point reduction) my offense level is 27 category VI punishable by a guideline range of (130-162 months) imprisonment.

C. Arguement

I Stanley Clements urge the court to impose a sentence of 130 months on remand I note that Kimbrough v. United States U.S. 06-6330 (12-10-07) United States v. Booker, 543 U.S. 220, 226-227, 160 L.Ed. 2d 621, 125 S.ct. 738 (2005) erased manditory application of the guidelines. I Stanley Clements therefore submit that my request is no longer impermissible (f. United States v. Hasan, 245 F. 3d 682, 686-687 (8th cir. 2001)

D. Conclusion

Wherefore, and for the reasons stated above, defendant Stanley Clements asks the court to reduce his sentence in accord with the above suggestions.

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of this foregoing Motion for a Reduction of Sentence was mailed through the United States Postal Service, or facsimile, and hand delivered on this date, of January 2, 2008, to United States Attorney's Office, Criminal Division-Felony Branch, Zechariah Chafee, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

C.C.
Judge Mary M. Lisi
United States District Court
Two Exchange Terrace,
Providence, RI 02903

Respectfully Submitted
Stanley J Clements
Stanley J Clements
Reg. # 04744-070
F.C.I McKean
P.O Box 8000
Bradford, PA 16701