UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STANLEY J. CLEMENTS

vs. CR 99-074ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to " Motion for Reduction of Sentence" on or before **February 8, 2008.**

SO ORDERED

Mary M. Lisi
Chief U.S. District Judge
January 24 , 2008

Entered as an Order of this Court on January 24, 2008.

Barbara Barletta
Deputy Clerk