**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STANLEY CLEMENTS** | ) | |
| | ) | **CR.NO. 99-074ML** |
| **vs.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby request an Extension of Time to Answer Defendant's Motion For Reduction of Sentence for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 7th day of February, 2008, I caused the within Government's Objection to Defendant's Motion to Vacate Sentence to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via regular mail, postage prepaid:

Stanley Clements
Reg#04744-070
F.C.I. McKean
P.O. BOX 8000
Bradford, PA 16701

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STANLEY CLEMENTS | : | |
| | : | |
| vs. | : | CA.NO.99-074ML |
| | : | |
| UNITED STATES AMERICA | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE**

The government seeks a one week extension from Friday, February 8 until Friday, February 15, 2008 to answer petitioners motion for a sentence reduction. As grounds for this request, the government states that the First Assistant U.S. Attorney has recently arrived back from a national conference on the ramifications of §3582 motions. The Assistant U.S. Attorneys in this office have been instructed to seek continuances until after February 11th for answering such motions. On that date we will receive guidance on how the office will approach the issues raised by the new motions for sentence reductions.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2008, I caused the within Government's Memorandum in Support of it's Motion to for an Extension of Time to Answer Defendant's Motion for Reduction of Sentence to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via regular mail, postage prepaid:

Stanley Clements
Reg#04744-070
F.C.I. McKean
P.O. BOX 8000
Bradford, PA 16701

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov