IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 99-74ML |
| | ) | |
| STANLEY CLEMENTS | ) | |

**GOVERNMENT'S OBJECTION TO OFFENDER'S MOTION FOR A SENTENCE REDUCTION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and objects to the defendant's Motion For A Sentence Reduction for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 26th day of February, 2008, I caused the Within Government's Motion Objecting to Offender's Motion for a Sentence Reduction, along with its accompanying memorandum, to be mailed by first class prepaid postage to:

Stanley J. Clements
Reg. #04744-070
F.C.I. McKean
P.O. Box 8000
Bradford, PA 16701

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No. 99-74ML |
| v. | : | |
| | : | |
| STANLEY CLEMENTS | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO OFFENDER'S MOTION FOR A SENTENCE REDUCTION**

The government objects to the offender's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) on grounds that the offender's final offense level was derived from the career offender guidelines. This Court determined that the guideline range as calculated by the probation department was accurate. That range was based on an offense level of thirty-two based on his status as career offender under U.S.S.G. § 4B1.1. Defendant was not sentenced by the guidelines pertaining to crack but by the career offender guidelines. He is therefore not eligible for a reduction under the modification of the crack guidelines.

Respectfully submitted,
ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 26th day of February, 2008, I caused the Within Government's Motion Objecting to Offender's Motion for a Sentence Reduction, along with its accompanying memorandum, to be mailed by first class prepaid postage to:

Stanley J. Clements
Reg. #04744-070
F.C.I. McKean
P.O. Box 8000
Bradford, PA 16701

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov