UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 99-074 ML

STANLEY CLEMENTS

# ORDER

This matter is before the Court on Defendant's Motion for Reduction of Sentence made pursuant to 18 U.S.C. § 3582(c). Defendant argues that his sentence should be reduced because he was convicted of possession with intent to distribute crack cocaine. He invokes the recent amendment to the U.S.S.G., which reduced the offense levels for crack offenses and was made retroactive.

Defendant, however, was sentenced as a career offender pursuant to Section 4B1.1 of the Guidelines. The new amendment, therefore, is not applicable to Defendant's sentence. Accordingly, Defendant's Motion for Reduction of Sentence is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 5, 2008