IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 99-74ML |
| | ) | |
| STANLEY CLEMENTS | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR A SENTENCE REDUCTION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and objects to the defendant's Motion For A Sentence Reduction under 18 U.S.C. § 3582(c)(2) for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 3RD day of June, 2008, I caused the Within Government's Objection to Defendant's Motion for a Sentence Reduction to be mailed by first class prepaid postage to:

Stanley J. Clements
Reg. #04744-070
F.C.I. McKean
P.O. Box 8000
Bradford, PA 16701

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No. 99-74ML |
| v. | : | |
| | : | |
| STANLEY CLEMENTS | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION FOR A SENTENCE REDUCTION**

Defendant has renewed his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) despite the court's order denying the defendant's previous motion for the same relief. Defendant has advanced no facts or argument that should cause the court to reverse its earlier decision.

Respectfully submitted,
ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 3rd day of June, 2008, I caused the Within Government's Memorandum in Support of Its Objection to Defendant's Motion for a Sentence Reduction to be mailed by first class prepaid postage to:

Stanley J. Clements
Reg. #04744-070
F.C.I. McKean
P.O. Box 8000
Bradford, PA 16701

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov