UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 99-074 ML

STANLEY CLEMENTS

ORDER

The Defendant has filed a second Motion to Modify his sentence. His Motion is DENIED for the reasons set forth in the Court's Order denying his earlier request entered on March 5, 2008 (docket entry #26).

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June 4, 2008