UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) | |
| - v - | ) | Case No.: CR 99-00074 ML |
| STANLEY CLEMENTS<br>Defendant. | ) | |

Denied. Mary M. Lisi USDJ 8/5/08

## MOTION TO MODIFY AN IMPOSED TERM OF IMPRISONMENT PURSUANT TO TITLE 18 USCS §3582

**NOW COMES**, Stanley Clements, Defendant, acting "Pro Se", who respectfully moves this Honorable Court to **GRANT** this instnat motion to modify an imposed term of imprisonment, pursuant to **Title** 18 USCS §3582(c)(2).

## I. PROCEDURAL HISTORY.

As this Court is well aware, the Defendant, Stanley Clements (hereafter, only "Clements"), has previously filed for relief from this Honorable Court, pursuant to **Title 18 USCS §3582(c)(2)**, on two separate occasions.

The first occasion in which Clements filed a motion pursuant to **Title** 18 USCS §3582(c)(2), was in February of 2008. This motion was filed pursuant to the Amendments to the **United States Sentencing**